No. 99–427. Medina v. United States; and

No. 99–450. MEDINA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 184 F. 3d 818.